# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM D. AARON, JR., ET AL.** | **CIVIL ACTION NO.: 22-09** |
| v. | SECTION: H |
| **ILLINOIS NATIONAL INSURANCE COMPANY, ET AL.** | |

## ORDER

Considering Fred BeeBe's Motion requesting the undersigned to recuse and the lack of opposition thereto:

**IT IS ORDERED** that, consistent with this Court's Recusal Order in *United States v. Ryan, et al.,* No. 20-CR-65, the undersigned U.S. District Judge recuses herself from handling the above-captioned case. The matter shall be randomly allotted to another section.

New Orleans, Louisiana, this 15th day of March, 2022.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

March 15, 2022

REALLOTTED TO

# SECT. I